IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KENNETH DARNELL SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:16-CV-186-MTT |
| | * |
| THE GEO GROUP, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 18th day of September, 2019.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk